AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA-SAN JOSE DIVISION_____

SAHIB MANN aka CY MANN
           Plaintiff (s),
V.
SANTA CLARA VALLEY WATER DISTRICT
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV11-04774JW

Notice is hereby given that, subject to approval by the court, __SAHIB MANN aka CY MANN__ substitutes
(Party (s) Name)

__ROGER D. WINTLE__, State Bar No. __142484__ as counsel of record in
(Name of New Attorney)

place of __SAHIB MANN aka CY MANN__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     The Heritage Law Group
    Address:     152 N. Third Street, Ste. 550
    Telephone:     (408) 993-2101     Facsimile     (408) 993-2101
    E-Mail (Optional):     rdw@hlgusa.com

I consent to the above substitution.
Date:     1/12/2012
           (Signature of Party (s))

I consent to being substituted.
Date:     _____
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     1/12/2012
           (Signature of New Attorney)
ROGER D. WINTLE

The substitution of attorney is hereby approved and so ORDERED.

Date:     January 19, 2012
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]