AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| SAHIB MANN aka CY MANN<br>Plaintiff (s),<br>V.<br>SANTA CLARA VALLEY WATER DISTRICT<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: CV11-04774JW |

Notice is hereby given that, subject to approval by the court, __SAHIB MANN aka CY MANN__ substitutes
(Party (s) Name)

__ROGER D. WINTLE__, State Bar No. __142484__ as counsel of record in
(Name of New Attorney)

place of __SAHIB MANN aka CY MANN__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Heritage Law Group
Address: 152 N. Third Street, Ste. 550
Telephone: (408) 993-2101    Facsimile (408) 993-2101
E-Mail (Optional): rdw@hlgusa.com

I consent to the above substitution.
Date: 1/12/2012
(Signature of Party (s))

I consent to being substituted.
Date:
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/12/2012
(Signature of New Attorney)
ROGER D. Wintle

The substitution of attorney is hereby approved and so ORDERED.

Date: January 19, 2012
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]